UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

  - against-

FOUR HUNDRED THIRTY –FOUR THOUSAND SIX HUNDRED SIXTEEN DOLLARS AND FIFTY-FIVE CENTS ( $ 434,416.55 ) FORMERLY ON DEPOSIT IN FIRST TRADE SECURITIES, INC., ACCOUNT NUMBER 882-17331-13 FORMERLY HELD IN THE NAME OF YA-JU HSU, AND ALL PROCEEDS TRACEABLE THERETO, and

THE REAL PROPERTY AND PREMISES LOCATED AT 82-34 TRYON PLACE, JAMAICA ESTATES, NEW YORK 11432.

----------------------------------------x

CV 13-3349

( DLI ) ( JO )

VERIFIED ANSWER TO CIVIL COMPLAINT FOR FORFEITURE IN REM

VERIFIED ANSWER TO COMPLAINT FOR FORFEITURE IN REM

    Claimant STEVEN CHUN-YU CHANG, by and through his undersigned counsel, hereby files his Answer and Affirmative Defenses to the Plaintiff's Civil Complaint For Forfeiture In Rem and says:

1. Claimant admits the allegations contained in paragraphs 1; 2;3; 4;5;6;7;11, 12 ( except denies as to reference to " fraudulent activity ); 13; ( except denies as to " involvement in fraudulent activity ); 14; 15; 16; 17; and 49.

2. Claimant, as to the allegations contained in paragraphs 8;9;10;18 through 47 and 49 through 66, is without sufficient knowledge to form a belief as to the truth of the allegations contained therein and therefore denies all allegations contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Cecilia Chang acted in good faith at all times relevant to the Complaint.

### SECOND AFFIRMATIVE DEFENSE

The allegations contained in the Complaint are compound, vague and ambiguous.

### THIRD AFFIRMATIVE DEFENSE

Claimant is an innocent heir to the property in question and did not know, or have reason to know that the property in question was related to criminal activity.

### FOURTH AFFIRMATIVE DEFENSE

The government cannot obtain the forfeiture judgment it seeks because the result would be constitutionally disproportionate.

## RESERVATION OF RIGHTS

Claimant reserves the right to assert additional affirmative defenses or amend these affirmative defenses as discovery warrants.

## CLAIMANT'S DEMAND FOR JURY TRIAL

Claimant hereby demands a trial by jury of all issues so triable.

Respectfully Submitted,

Mahler & Harris, P.C.

Attorneys for Claimant

By: *[signature]*

Stephen R. Mahler, Esq.
Bar No.
125-10 Queens Boulevard
Suite 311
Kew Gardens, N.Y. 11415
Tele No. 718-268-6000
Fax; 718- 263-0134
Email" mhe311@aol.com

## VERIFICATION

Steven Chun-Yu Chang, an attorney duly licensed to practice law before the courts of the State of Hawaii, affirms the truth of the following under the penalties of perjury:

That I have read the within Verified Answer to the Verified Complaint in Rem that has been filed by the government and know the contents thereof.

That I believe that the statements contained in the within Verified Answer are true to the best of my knowledge, information and belief, and where statements are made therein upon information and belief, I believe them to be true to the best of my knowledge., information and belief.

*Steven Chun-Yu Chang*

State of Hawaii )
          :ss.:
County of Honolulu)

On the 30th day of ~~August~~ July, 2013 before me came Steven Chun-Yu Chang who is personally known to me and who signed this document in my presence.

Notary Public    FRANCINE T. KOMINE
My commission expires June 9, 2014

Doc. Date: JUL 30 2013    # Pages: 4
Notary Name: F. KOMINE    1st Circuit
Doc. Description: Verified Answer to Complaint for Forfeiture REM

Notary Signature    Date: JUL 3 - 2013

NOTARY CERTIFICATION

[Notary seal: FRANCINE T. KOMINE, NOTARY PUBLIC, No. 02-271, STATE OF HAWAII]